IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>*Debtor.* | § § § § § § § | Case No. 22-31641 (MVL)<br>(Bankr. N.D. Tex. – Dallas Division)<br>Chapter 7 |
| ARRIS SOLUTIONS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GOODMAN NETWORKS INC. d/b/a GOODMAN SOLUTIONS; GNET ATC, LLC; GENESIS NETWORKS TELECOM SERVICES, LLC d/b/a GENESIS ATC; and JAMES GOODMAN,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | Adversary Proceeding No. 23-05033-cag |

**ARRIS SOLUTIONS, INC.'S RULE 9027(e)(3) STATEMENT**

Pursuant to Bankruptcy Rule 9027(e)(3), ARRIS Solutions, Inc. ("ARRIS") files this statement in response to James Goodman's Notice of Removal and states as follows:

ARRIS does not object to removal and consents to entry of final orders or judgment by the Bankruptcy Court. ARRIS reserves the right to seek remand of claims at a later date if circumstances warrant their remand.

1

RESPECTFULLY SUBMITTED this 27th day of March 2023.

> By: */s/ Noah Schottenstein*
> **DLA PIPER LLP (US)**
> Amy L. Ruhland (Rudd)
> Texas Bar No.24043561
> Ryan Sullivan
> Texas Bar No.24102548
> 303 Colorado Street, Suite 3000
> Austin, Texas 78701
> Telephone: (512) 457-7000
> Facsimile: (512) 457-7001
> Amy.Ruhland@us.dlapiper.com
> Ryan.Sullivan@us.dlapiper.com
>
> Noah Schottenstein
> Texas Bar No. 24100661
> 1900 N. Pearl St., Suite 2200
> Dallas, Texas 75201
> Telephone: (214) 743-4500
> Facsimile: (214) 743-4545
> noah.schottenstein@us.dlapiper.com
>
> *Counsel for*
> *ARRIS Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing statement was sent via mail and email to the following recipients:

**MUNSCH HARDT KOPF & HARR, P.C.**
Davor Rukavina
Thomas D. Berghman
drukavina@munsch.com
tberghman@munsch.com
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

*Counsel for Scott M. Seidel, Trustee of Goodman Networks, Inc.*

**WINSTEAD PC**
Matthias Kleinsasser
mkleinsasser@winstead.com
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 420-8200
Facsimile: (817) 420-8201

*Counsel for James Goodman*


Dated: March 27, 2023.

*/s/ Ryan Sullivan*
Ryan Sullivan
