

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: April 26, 2023**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: <br><br>GOODMAN NETWORKS, INC., <br><br>*Debtor*. | § § § § | Case No. 22-31641 (MVL) <br> (Bankr. N.D. Tex. – Dallas Division) <br> Chapter 7 |
| ARRIS SOLUTIONS, INC. <br><br>*Plaintiff*, <br><br>v. <br><br>GOODMAN NETWORKS INC. d/b/a GOODMAN SOLUTIONS; GNET ATC, LLC GENESIS NETWORKS TELECOM SERVICES, LLC d/b/a GENESIS ATC; and JAMES GOODMAN, <br><br>*Defendants*. | § § § § § § § § § § § § § § | Adversary Proceeding No. 23-05033-cag |

### ORDER GRANTING AMENDED UNOPPOSED MOTION TO TRANSFER VENUE

Before the Court is the *Amended Unopposed Motion to Transfer Venue* (the "Motion") filed by Defendant James Goodman. The Court, having considered the Motion, the lack of opposition thereto, and applicable authority, finds and concludes that the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above-captioned adversary proceeding is transferred to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

# # #

**Submitted By:**

**WINSTEAD PC**
Matthias Kleinsasser
State Bar No. 24071357
mkleinsasser@winstead.com
Sahrish K. Soleja
State Bar No. 24102522
ssoleja@winstead.com
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
(817) 420-8200 Telephone
(817) 420-8201 Facsimile

**COUNSEL FOR DEFENDANT JAMES GOODMAN**

